

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00258-CV

**THIRTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($38,400.00) UNITED STATES CURRENCY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00346
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellant's Motion for Discovery is hereby DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court